UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KENNETH SCHMITT                                                    PLAINTIFF

VS.                                       CIVIL ACTION NO. 3:17CV117TSL-RHW

UNITED STATES OF AMERICA, ET AL.                                  DEFENDANTS

ORDER

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Robert H. Walker, and the court, having fully reviewed the report and recommendation entered in this cause on August 6, 2018, and being duly advised in the premises and there being no objection filed by plaintiff, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert H. Walker entered on August 6, 2018, be, and the same is hereby adopted as the finding of this court. It follows that defendants' motion to dismiss or, in the alternative, for summary judgment is granted in and part and denied in part as set forth in the court's opinion.

SO ORDERED this 28th day of August, 2018.

                                           /s/Tom S. Lee
                                      UNITED STATES DISTRICT JUDGE