UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KENNETH SCHMITT                                              PLAINTIFF

VS.                                    CIVIL ACTION NO. 3:17CV117TSL-RHW

UNITED STATES OF AMERICA, ET AL.                             DEFENDANT

ORDER

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Robert H. Walker, and the court, having fully reviewed the report and recommendation entered in this cause on November 5, 2019 and being duly advised in the premises and there being no objection filed by plaintiff, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert H. Walker entered on November 5, 2019 be, and the same is hereby adopted as the finding of this court. It follows that the motion for summary judgment is granted and the complaint is dismissed.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 12th day of December, 2019.

/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE